IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   13-cv-01008-MSK-KMT | Date:   October 9, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*

JOHN THOMAS SEXTON, JR.,

   Plaintiff,

v.

GOVERNOR JOHN HICKENLOOPER,
MAYOR MICHAEL HANCOCK,
LT. JAMES HENNING OF DENVER POLICE DEPARTMENT,
UNKNOWN OFFICER OF DENVER POLICE DEPARTMENT,

   Defendants.

*Counsel:*

*Pro se (by telephone)*

Kathleen Spalding
Olympia Fay
Jennifer Johnson

## COURTROOM MINUTES

**MOTION HEARING**

**1:38 p.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding potential location of Mr. Sexton's deposition and the status of an outstanding warrant issued out of state court.

Court will have the U.S. Marshal run a search on any outstanding warrants for Plaintiff.

**1:53 p.m.**   **Court in recess.**
**2:18 p.m.**   **Court in session.**

Court was informed by the U.S. Marshal that there are active warrants out for Plaintiff. Two warrants are issued out of Denver County and one warrant is issued out of Fulton County, GA.

Court states Plaintiff will be required to travel to Denver for his deposition but will be given time to address the warrants before his deposition.  The court advised the Plaintiff that if he fails to appear for his deposition in Denver, sanctions will be awarded under Fed. R. Civ. P. 37 which may include dismissal of his case.

**ORDERED:** **Denver Defendants' Motion to Compel, Motion to Modify Scheduling Order and Request for Expedited Ruling [96] is GRANTED IN PART AND DENIED IN PART.  The discovery cut off is extended to November 10, 2014 for the limited purpose of deposing the Plaintiff.  Plaintiff is ordered to appear in Denver, CO for the deposition on November 7, 2014.  Defendants will provide a Notice of Deposition to Plaintiff.  The Dispositive Motions deadline is extended to December 10, 2014.**

**2:29 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    00:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.