IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01008-MSK-KMT

JOHN THOMAS SEXTON, JR.,

      Plaintiff,

v.

GOVERNOR JOHN HICKENLOOPER,
MAYOR MICHAEL HANCOCK,
ST. JAMES HENNING OF DENVER POLICE DEPARTMENT, AND
OFFICER RANDY HINRICHER,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #122**) filed on August 24, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #121**) it is

      ORDERED that:

The Recommendation of Magistrate Judge Tafoya (**Doc. #121**) is **ADOPTED** in accordance with (**Doc. #122**). All claims are DISMISSED, without prejudice.

The case will be closed.

Dated this 25th day August, 2015.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk
